LEMON, Respondent, *v.* SMITH *et al.*, Appellants.

SMITH *et al.*, Respondents, *v.* SMITH *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

Actions by Hope A. Lemon and by Richard O. Smith and others, respectively, against Adon Smith and others.

No opinion. Order affirmed, with $10 costs and disbursements.

---

LEONARD, Appellant, *v.* HERRICK *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

Action by John Leonard against James F. Herrick and others.

No opinion. Judgment and order affirmed, with costs.

---

McCARTHY, Appellant, *v.* SHIPWAY, Respondent.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

Action by Charles McCarthy against Joseph M. Shipway.

No opinion. Judgment of the county court reversing a justice's judgment affirmed, with costs. *Held,* (1) that the justice's court committed an error in refusing to strike out the evidence relating to the plaintiff's personal services, as the plaintiff was not entitled to recover for his personal services in the absence of an agreement on the part of the district; (2) the weight of the evidence is to the effect that plaintiff's bill, when presented to the school meeting, was rejected by the meeting.

---

McCOY, Respondent, *v.* CALIFORNIA INS. CO., Appellant.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

Action by Sarah L. McCoy against the California Insurance Company.

No opinion. Judgment and order affirmed, with costs.

---

MILLER, Appellant, *v.* NEW YORK CENT. & H. R. R. Co., Respondent.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

Action by Morris S. Miller against the New York Central & Hudson River Railroad Company.

No opinion. Judgment and order reversed, and new trial ordered, with costs to abide the event.

---

MINER, Respondent, *v.* BROWN *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

Action by George Miner against Clark N. Brown and others.

No opinion. Judgment affirmed, with costs.

---

MOTT, Supervisor, *v.* BOARD OF SUP'RS OF MADISON COUNTY.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

Action by Samuel R. Mott, as supervisor of the town of Madison, against the Board of Supervisors of Madison county.